## MOTION DOCKET

**91–2064.** Put in Bay Island Taxing Dist. Auth. v. Neise. *Ottawa County*, No. 90–OT–024. On motion for reconsideration of denial of extension of time to file appellee's brief. Motion for reconsideration granted and motion for extension of time granted.

WRIGHT, J., dissents.

**91–2365.** Bachus v. Loral Corp. *Summit County*, No. 15041. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

HOLMES, J., dissents.

**91–2369.** State ex rel. Van Johnson v. Cleveland. *Cuyahoga County*, No. 60964. On motion for leave to file appellant's brief instanter. Motion granted.

**91–2384.** Tokles & Sons, Inc. v. Midwestern Indemn. Co. *Lucas County*, No. L–89–395. On motion to strike appellant's brief. Motion denied.

H. BROWN, J., dissents.

RESNICK, J., not participating.

**91–2552.** State ex rel. The Cincinnati Post v. Court of Appeals, Second App. Jud. Dist. In Mandamus. On request for oral argument. Request granted.

RESNICK, J., not participating.

**92–304.** Commercial Savings Bank v. Walton. *Wyandot County*, No. 16–91–30. On motion to vacate entry of March 30, 1992. Motion denied.

**92–384.** State v. Chinn. *Montgomery County*, No. CA 11835. On motion for leave to exceed page limit. Motion granted.

MOYER, C.J., and HOLMES, J., dissent.

**92–465.** Krejci v. Prudential Property & Cas. Ins. Co. Certified Question of State Law, No. 91CV1545. On motion to strike additional record. Motion denied.

MOYER, C.J., and DOUGLAS, J., dissent.

**92–579.** State v. Ginnard. *Cuyahoga County*, No. 61964. On motion for stay and for appointment of counsel. Motion denied.

SWEENEY and DOUGLAS, JJ., would also overrule the motion for leave to appeal.

**92–626.** State v. Barton. *Lucas County*, No. L–90–344. On motion for leave to file memorandum in support instanter and to exceed page limit. Motion denied.

DOUGLAS and H. BROWN, JJ., dissent.

**92–673.** State v. Otis. *Cuyahoga County*, No. 59685. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, J., dissents.

**92–677.** Fogle v. Cessna Aircraft Co. *Franklin County*, No. 90AP–977. On motion for leave to exceed page limit. Motion denied.

SWEENEY and DOUGLAS, JJ., dissent.